## Rex et ux. *v.* Bill Realty Co., Appellant.

Argued September 20, 1973. *Richard L. Bazelon,* with him *William T. Coleman, Jr., James A. Sutton,* and *Dilworth, Paxson, Kalish, Levy & Coleman,* and *Philip R. Detwiler,* with him *Butera & Detwiler,* for appellant; *Edward J. Hardiman,* with him *Jules Pearlstine, Robert G. Rosen,* and *Pearlstine, Salkin, Hardiman & Robinson,* for appellees.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the judgment is affirmed.

SPAULDING, J., absent.

## Taylor et al., Appellants, *v.* Wiseman et al.

Argued June 14, 1973. *Robert S. Lucarini,* for appellants; *John F. Naulty,* for appellees.

Order affirmed.